**Klause E. HOLTZ (doing business as Omni Dimensional Network), Plaintiff–Appellant,**

v.

**CONEXANT SYSTEMS, INC., Defendant–Appellee.**

**No. 00–1513.**

United States Court of Appeals, Federal Circuit.

DECIDED: Aug. 21, 2003.

Before MAYER, Chief Judge, CLEVENGER and PROST, Circuit Judges.

ON MOTION

PROST, Circuit Judge.

*ORDER*

Conexant Systems, Inc. moves to dismiss Klause E. Holtz's appeal for failure to comply with this court's April 17, 2003 order that directed that Holtz file his brief by June 30, 2003. Holtz has not responded.

Upon consideration thereof,

IT IS ORDERED THAT:

Conexant's motion is granted and appeal 00–1513 is dismissed.